972

No. 82–457. VIESTENZ v. FLEMING COS., INC. C. A. 10th Cir. Certiorari denied.

No. 82–464. COLEMAN v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–484. ALBAUGH v. WOOD ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–487. STULBACH v. UNITED STATES PATENT AND TRADEMARK OFFICE. C. C. P. A. Certiorari denied.

No. 82–506. SAFIR v. LEWIS, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–522. KOVIC v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–535. FRENCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–544. TRAYNOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–547. JANSSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–553. SCOTT ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–559. DEVITO v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 82–560. KANELOPOULOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–562. GIBSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–569. PEDERSEN ET UX. v. SOUTH WILLIAMSPORT AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.